## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1)** | **CLEAR SPRING PROPERTY AND CASUALTY COMPANY,** an Indiana corporation, | ) ) ) ) |
| | **Plaintiff,** | ) ) |
| **v.** | | ) ) **Case No. 24-CV-901-PRW** |
| **(1)** | **ROCK FOUNDED, LLC, an** Oklahoma Limited Liability Company; and | ) ) ) ) |
| **(2)** | **ROCK FOUNDED OKC, LLC an** Oklahoma Limited Liability Company; and | ) ) ) ) |
| **(3)** | **SERGIO G. CALDERON,** an individual; and | ) ) ) |
| **(4)** | **WILLOUGHBY RIDLEY, LLC, an** Oklahoma Limited Liability Company; and | ) ) ) ) |
| **(5)** | **WRE HOLDINGS, LLC, an** Oklahoma Limited Liability Company. | ) ) ) ) |
| | **Defendants.** | ) ) |

## JOINT MOTION FOR ENTRY OF AGREED JUDGMENT

COME NOW Plaintiff Clear Spring Property and Casualty Company, Defendant Rock Founded, LLC, Defendant Willoughby Ridley, LLC, and Defendant WRE Holdings, LLC, and hereby file this Joint Motion for Entry of Agreed Judgment.

1.      Plaintiff Clear Spring Property and Casualty Company filed this lawsuit seeking a declaratory judgment that it has no duty to defend or indemnify Defendants related

to a lawsuit pending in state court (filed by Defendants Willoughby Ridely, LLC, and WRE Holdings, LLC) and no duty to satisfy the default judgment previously entered in that matter.  *See Willoughby Ridley, LLC, et al. v. Rock Founded, LLC, et al.,* Case No. CJ-2024-1786, Oklahoma County District Court.  (Doc. 1).

2.      On November 13, 2024, Plaintiff Clear Spring Property and Casualty Company filed a Motion for Judgment on the Pleadings.  (Doc. 16).

3.      In lieu of responding to Plaintiff's Motion for Judgment on the Pleadings, Defendants Rock Founded, LLC, Willoughby Ridley, LLC and WRE Holdings, LLC, agree that Plaintiff's Motion for Judgment on the Pleadings should be granted and/or have no objection to the entry of an Agreed Judgment granting said Motion.

4.      The parties have agreed to bear their own costs and fees regarding this matter.

5.      In addition, on November 14, 2024, the Clerk entered default against Defendants Rock Founded OKC, LLC, and Sergio Calderon, (Doc. 18), and the Agreed Judgment should therefore be entered against said Defendants per F.R.C.P. 55(b)(2).

6.      The parties therefore request the Court enter an Agreed Judgment granting Plaintiff's Motion consistent with the proposed Agreed Judgment attached hereto as Exhibit 1.

WHEREFORE, premises considered, Plaintiff Clear Spring Property and Casualty Company, Defendants Rock Founded, LLC, Willoughby Ridley, LLC, and WRE Holdings, LLC, jointly request the Court enter the proposed Agreed Judgment attached

hereto as Exhibit 1, which grants Plaintiff's Motion for Judgment on the Pleadings, and enters judgment against all Defendants consistent with the relief requested therein.

Respectfully submitted,

*s/ Matthew B. Free*
Sean H. McKee, OBA #14277
Matthew B. Free, OBA #18055
BEST & SHARP
Williams Center Tower I
One West Third Street, Suite 900
Tulsa, Oklahoma 74103
Telephone:    (918) 582-1234
Facsimile:    (918) 585-9447
smckee@bestsharp.com
mfree@bestsharp.com
*Attorneys for Plaintiff,*
*Clear Spring Property & Casualty Co.*

*Signed with Permission by Filing Attorney*    *s/ Gregory Pierre Chansolme*
Gregory Pierre Chansolme, OBA #22850
Daniel C. Hays, OBA #30101
Chansolme Harroz Hays, PLLC
1219 Classen Drive
Oklahoma City, OK  73103
Telephone:  405-602-8098
Facsimile:  405-605-1371
gpc@thefirmokc.com
dch@thefirmokc.com
*Attorneys for Defendants,*
*Willoughby Ridley, LLC and*
*WRE Holdings, LLC*

*Signed with Permission by Filing Attorney*    *s/ Jeffrey S. Coe*
Jeffrey S. Coe, OBA #17000
2548 NW Expressway, Suite 102
Oklahoma City, OK  73112
Telephone: 405-818-5341
Facsimile: 866-634-3132
jeff@coelawoffice.com
*Attorney for Defendant,*
*Rock Founded, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 10th day of December, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Gregory Pierre Chansolme, OBA #22850
Daniel C. Hays, OBA #30101
Chansolme Harroz Hays, PLLC
1219 Classen Drive
Oklahoma City, OK  73103
Telephone:  405-602-8098
Facsimile:  405-605-1371
gpc@thefirmokc.com
dch@thefirmokc.com

*Attorneys for Defendants,*
*Willoughby Ridley, LLC and*
*WRE Holdings, LLC*

Jeffrey S. Coe, OBA #17000
2548 NW Expressway, Suite 102
Oklahoma City, OK  73112
Telephone: 405-818-5341
Facsimile: 866-634-3132
jeff@coelawoffice.com

*Attorney for Defendant,*
*Rock Founded, LLC*

*s/ Matthew B. Free*