## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLEAR SPRINGS PROPERTY AND CASUALTY COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ROCK FOUNDED, LLC, et al., ) ) Defendants. ) | Case No. CIV-24-901-PRW |

### **AGREED JUDGMENT**

COMES NOW for consideration Plaintiff's Motion for Judgment on the Pleadings and Brief in Support (Dkt. 16). Plaintiff Clear Spring Property and Casualty Company filed this lawsuit seeking a declaratory judgment that it has no duty to defend or indemnify Defendants related to a lawsuit pending in state court (filed by Defendants Willoughby Ridely, LLC, and WRE Holdings, LLC) and no duty to satisfy the default judgment previously entered in that matter. *See Willoughby Ridley, LLC, et al. v. Rock Founded, LLC, et al.*, Case No. CJ-2024-1786, Oklahoma County District Court (hereinafter "the underlying Lawsuit") (Dkt. 1). On November 13, 2024, Plaintiff filed a Motion for Judgment on the Pleadings (Dkt. 16). On December 10, 2024, the parties filed a Joint Motion for Entry of Agreed Judgment, wherein the parties indicate that Defendants do not oppose Plaintiff's Motion and request entry of an Agreed Judgment (Dkt. 19).

Based on the agreement of the parties, the Court finds that Plaintiff's Motion for Judgment on the Pleadings should be granted, and the Court will enter an Agreed Judgment as requested by the parties.

1

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Plaintiff's Motion for Judgment on the Pleadings (Dkt. 16) is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Clear Spring Property and Casualty Company and against Defendants in this declaratory judgment action. The Court declares that Plaintiff Clear Spring Property and Casualty Company has no duty to indemnify or defend related to the underlying Lawsuit and that Plaintiff has no duty to pay or satisfy any judgment entered in the underlying Lawsuit. The Court finds that judgment should therefore be entered in favor of Plaintiff and against all Defendants in this regard, including Defendants Sergio G. Calderon and Rock Founded OKC, LLC. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED** this 30th day of May 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE